No. 92–311. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* SCHAEFER. C. A. 8th Cir. [Certiorari granted *sub nom. Sullivan* v. *Schaefer,* 506 U. S. 997.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 92–357. SHAW ET AL. *v.* GERSON, ACTING ATTORNEY GENERAL, ET AL. D. C. E. D. N. C. [Probable jurisdiction noted *sub nom. Shaw* v. *Barr,* 506 U. S. 1019.] Motion of the Acting Solicitor General for divided argument granted.

No. 92–484. UNITED STATES NATIONAL BANK OF OREGON *v.* INDEPENDENT INSURANCE AGENTS OF AMERICA, INC., ET AL.; and

No. 92–507. STEINBRINK, ACTING COMPTROLLER OF THE CURRENCY, ET AL. *v.* INDEPENDENT INSURANCE AGENTS OF AMERICA, INC., ET AL. C. A. D. C. Cir. [Certiorari granted, 506 U. S. 1032.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted. Motion of the Acting Solicitor General for divided argument denied.

No. 92–515. WISCONSIN *v.* MITCHELL. Sup. Ct. Wis. [Certiorari granted, 506 U. S. 1033.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 92–621. RAKE ET AL. *v.* WADE, TRUSTEE. C. A. 10th Cir. [Certiorari granted, 506 U. S. 972.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 92–725. GODINEZ, WARDEN *v.* MORAN. C. A. 9th Cir. [Certiorari granted, 506 U. S. 1033.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.